**IT IS ORDERED as set forth below:**

Date: July 8, 2018



_____
Lisa Ritchey Craig
U.S. Bankruptcy Court Judge

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | BANKRUPTCY CASE |
| | ) | |
| ASHLIE LYNN SAYLORS, | ) | NO. 16-53721-LRC |
| | ) | |
| Debtor. | ) | |
| | ) | |
| WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-20 AS SERVICED BY NATIONSTAR MORTGAGE LLC, | ) ) ) ) ) ) ) | CONTESTED MATTER PROCEEDING

CHAPTER 13

JUDGE: LISA RITCHEY CRAIG |
| Movant. | ) | |
| vs. | ) | |
| | ) | |
| ASHLIE LYNN SAYLORS, MELISSA J. DAVEY, Trustee, | ) ) | |
| | ) | |
| Respondents. | ) | |

**CONSENT ORDER ON MOTION FOR RELIEF FROM STAY**

The above styled Motion having been set down for a hearing before the Court on May 15, 2018, upon Notice of Assignment of Hearing to each of the above-captioned parties in interest, and it appearing to the Court that the parties consent hereto;

IT IS HEREBY ORDERED that the Motion for Relief from Stay with respect to 1434 Glennover Circle, Marietta, Georgia 30062 (the "Property") is denied, as the parties herein agree that the interest of Movant is adequately protected by payment and performance as more particularly set forth hereinafter.

FURTHER ORDERED that the post-petition arrearage through May 15, 2018, totals $4,459.92, including four (4) payments of $857.23 each, filing fees of $181.00 and reasonable attorney's fees of $850.00.

This arrearage shall be paid as follows:

Debtor shall pay the sum of $857.23 on or before May 31, 2018. Debtor shall receive credit for the sum of $554.84 in their suspense account. Beginning June 1, 2018, Debtor shall resume timely remittance of the regular monthly mortgage payments. Beginning June 15, 2018, Debtor shall pay an additional $507.98 per month, for five (5) months and one (1) final payment of $507.95 or until the arrearage is cured. Payments should be sent to Nationstar Mortgage LLC d/b/a/ Mr. Cooper, Attn: Bankruptcy Department, P.O. Box 619094, Dallas, TX 75261-9741, or to such address as may be designated.

FURTHER ORDERED that should Debtor default in payment of any sum specified herein, or in any regular monthly mortgage payments which come due according to Movant's Note and Deed for a period of six (6) months from the date of entry of this Order, then upon notice of default sent by first class mail to Debtor and Debtor's attorney, and failure of Debtor to cure such default within ten (10) days from the date of receipt of such notice, Movant may file a motion and affidavit of default with the Court, with service upon Debtor and Debtor's attorney, and the Court may enter an Order modifying the automatic stay, without further notice or hearing.

FURTHER ORDERED that upon completion of any foreclosure sale, any funds in excess of the amount due to Movant under its Note and Security Deed, and to any subordinate lienholder(s) properly entitled to receive proceeds under applicable State Law, shall be paid to the Trustee for the benefit of the Estate.

FURTHER ORDERED that in the event the Debtor default in performance of this Order and the Court enters an Order modifying the automatic stay, the Trustee shall cease funding the balance of Movant's pre-petition arrearage claim and supplemental claim, if any.

FURTHER ORDERED that Movant, at its option, is permitted to contact the Debtor via telephone or written correspondence regarding potential loss mitigation options pursuant to applicable non-bankruptcy law, including loan modifications, deeds in lieu of foreclosure, short sales and/or any other potential loan workouts or loss mitigation agreements. The entry of this Order does not absolve the Debtor of the duty to file any necessary pleadings, amendments, or plan modifications that may be required with regard to such a loan modification.

END OF DOCUMENT

CONSENTED TO BY:

 /s/A. Michelle Hart Ippoliti
A. Michelle Hart Ippoliti, GA Bar No. 334291
Attorney for Movant
McCalla Raymer Leibert Pierce, LLC
1544 Old Alabama Road
Roswell, Georgia 30076
Phone: 678-281-6537
Email: Michelle.HartIppoliti@mccalla.com
File Number: BK-001110-16


 /s/ Howard P. Slomka
(by A. Michelle Hart Ippoliti with express permission)
Howard P. Slomka, GA Bar No. 652875
Attorney for Debtor
Slipakoff & Slomka, PC
Overlook III, Suite 1700
2859 Paces Ferry Rd, SE
Atlanta, GA 30339
Phone: (404) 800-4001
Email: se@myatllaw.com


NO OPPOSITION:

 /s/ Mandy K. Campbell
(by A. Michelle Hart Ippoliti with express permission)
Mandy K. Campbell, GA Bar No. 142676
Attorney for Chapter 13 Trustee
Melissa J. Davey
Chapter 13 Trustee
260 Peachtree Street, Suite 200
Atlanta, GA 30303
Phone: 678-510-1444

DISTRIBUTION LIST

Ashlie Lynn Saylors
1434 Glen Over Circle
Marietta, GA 30062

Howard P. Slomka
Slipakoff & Slomka, PC
Overlook III - Suite 1700
2859 Paces Ferry Rd, SE
Atlanta, GA 30339

Melissa J. Davey
Standing Ch 13 Trustee
260 Peachtree Street, NW, Suite 200
Atlanta, GA 30303